AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| NESTOR LOPEZ-POMPA | CASE NUMBER: 08CR0109-WQH |

I, <u>NESTOR LOPEZ-POMPA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___1/10/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Nestor Lopez
Defendant

/s/ Shally Maul
Counsel for Defendant

Before /s/ Barbara L. Major
JUDICIAL OFFICER



FILED
JAN 10 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY